LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 24 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JENNIFER LYNN MANIQUIZ, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 08-00026 <br><br> **INFORMATION** <br><br> **THEFT OF GOVERNMENT PROPERTY** <br> [18 U.S.C. § 641] <br><br> **ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY** <br> [18 U.S.C. § 1382] <br><br> **OFFICIAL IDENTIFICATION CARD** <br> [18 U.S.C. § 701] |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT I - THEFT OF GOVERNMENT PROPERTY**

On or about August 2007, in the District of Guam, the defendant, JENNIFER LYNN MANIQUIZ, willfully and knowingly, did convert to her use, an Armed Forces of the United States Geneva Conventions Identification Card belonging to Terese M. Ooka, of the value of less than $1000, property of the United States, in violation of Title 18, United States Code, Section 641.

**COUNT II - ENTERING MILITARY, NAVAL, OR COAST GUARD PROPERTY**

On or about February 21, 2008, in the District of Guam, the defendant, JENNIFER LYNN

MANIQUIZ, went upon a United States military reservation, to wit, U.S. Naval Base Guam, for a purpose prohibited by law, that is, with knowledge that the defendant, JENNIFER LYNN MANIQUIZ, needed and did not have authorization to do so, in violation of 18 U.S.C. 1382.

### COUNT III - OFFICIAL IDENTIFICATION CARD

On or about February 21, 2008, in the District of Guam, the defendant, JENNIFER LYNN MANIQUIZ, willfully and knowingly, did possess an Armed Forces of the United States Geneva Conventions Identification Card, of the design prescribed by the head of the United State's Department of Defense for use by United States Navy dependants, and was not authorized to do so under regulations made pursuant to law, in violation of Title 18, United States Code, Section 701.

DATED this 24th day of April, 2008.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI

By: _____
                          RYAN M. ANDERSON
                          Special Assistant U.S. Attorney