# Criminal Case Cover Sheet U.S. District Cour

**Place of Offense:**

City    Hagatna

Country/Parish ___N/A___

Related Case Information: **08-00026**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _X_ No

Defendant Name    Jennifer Lynn Maniquiz

Allisas Name    _____

Address    _____

Tamuning, GU

Birth date _XX/XX/1986_  SS# _XXX-XX-3848_  Sex _F_  Race _CH_  Nationality _US_

**U.S. Attorney Information:**

SAUSA _Ryan M. Anderson_

Interpreter: _X_ No ___ Yes    List language and/or dialect: _N/A_

**Location Status:**

Arrest Date _21 Feb 08_

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED APR 24 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __3__    ___ Petty  _X_ Misdemeanor  ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 641 | THEFT OF GOVERNMENT PROPERTY | 1 |
| Set 2 | 18 U.S.C. § 1382 | ENT MIL., NAVAL OR COAST GUARD PROPERTY | 1 |
| Set 3 | 18 U.S.C. § 701 | OFFICIAL IDENTIFICATION CARD | 1 |
| Set 4 | | | |

(Continued on reverse)

Date: _4/24/08_    Signature of SAUSA: _[signature]_