1  LEONARDO M. RAPADAS
   United States Attorney
2  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

APR 24 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00026 |
|---|---|
| Plaintiff, | ) |
| vs. | ) UNITED STATES' REQUEST |
|  | ) FOR ISSUANCE OF SUMMONS |
|  | ~~AND ORDER~~ |
| JENNIFER LYNN MANIQUIZ, | ) |
| Defendant. | ) |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, JENNIFER LYNN MANIQUIZ, based on an Information filed charging the defendant with one count of Theft of Government Property in violation of Title 18, United States Code, Section 641 and one count of Unlawful Entry in violation of Title 18, United States Code, Section 1382.

Respectfully submitted this 24th day of April, 2008.

LEONARDO M. RAPADAS
United States Attorne
Districts of Guam and NMI

By: _____
RYAN M. ANDERSON
Special Assistant U.S. Attorney