1  LEONARDO M. RAPADAS
   United States Attorney
2  RYAN M. ANDERSON
   Special Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez
4  Hagåtña, Guam  96910-5113
   PHONE:  472-7332
5  FAX:  472-7334

6  Attorneys for the United States of America

**IN THE DISTRICT COURT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00026 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JENNIFER LYNN MANIQUIZ, | ) | |
| Defendant. | ) | |

Upon the filing of an Information and at the request of the United States,

**IT IS HEREBY ORDERED** that a summons be issued for the above-named defendant to appear before this court on Tuesday, May 6, 2008, at 9:00 a.m.

/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
**Dated:  Apr 28, 2008**