# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00026  DATE: May 06, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio  Electronically Recorded: 9:23:48 - 9:25:28

**APPEARANCES:**

Defendant: Jennifer Lynn Maniquiz  Attorney: Richard Arens
DEFENDANT NOT PRESENT  ☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: Christopher Duenas
Interpreter:  Language:

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**
- Defense informed the court that the defendant has relocated off-Island, and request to continue for two weeks granted.
- Federal Public Defender appointed to represent the defendant.
- Proceedings continued to: May 20, 2008 at 9:00 a.m.

NOTES: