JOHN T. GORMAN  
Federal Public Defender  
District of Guam  

RICHARD P. ARENS  
Assistant Federal Public Defender  
First Hawaiian Bank Building  
400 Route 8, Suite 501  
Mongmong, Guam 96910  
Telephone: (671) 472-7111  
Facsimile: (671) 472-7120  

Attorney for Defendant  
JENNIFER LYNN MANIQUEZ  

**FILED**
DISTRICT COURT OF GUAM
MAY 19 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-08-00026 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE INITIAL APPEARANCE |
| vs. | ) | |
| JENNIFER LYNN MANIQUEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the initial appearance currently scheduled for May 20, 2008, at 9:00 a.m., be continued for a period of one month to a time and date convenient to the court. This continuance is requested to

//

//

//

ORIGINAL

allow the parties sufficient time to negotiate a resolution of certain outstanding matters.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, May 19, 2008.

_____
RICHARD P. ARENS
Attorney for Defendant
JENNIFER LYNN MANIQUEZ

_____
RYAN ANDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA