JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
JENNIFER LYNN MANIQUEZ

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00026 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JENNIFER LYNN MANIQUIZ, | ) | |
| Defendant. | ) | |

Based on the Stipulation of the parties filed on May 19, 2008, and for good cause shown, the continued initial appearance and arraignment scheduled for May 20, 2008, is hereby moved to June 24, 2008, at 9:30 a.m.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
    U.S. Magistrate Judge
Dated: May 19, 2008