# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00026　　　　　　　　　　　　DATE: June 24, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 9:32:34 - 9:35:37

**APPEARANCES:**

Defendant: Jennifer Lynn Maniquiz　　　　Attorney: John Gorman
DEFENDANT NOT PRESENT　　　　　　　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Andrew Henderson　　　　　U.S. Agent:
U.S. Probation: Grace Flores
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance and Arraignment**
- Defense request for a one (1) month continuance granted.
- Initial Appearance and Arraignment continued to: July 24, 2008 at 10:30 a.m.

NOTES: