# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00026　　　　　　　　　　DATE: July 24, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present　　　　　　　　Court Recorder: Carmen B. Santos
Courtroom Deputy: Walter M. Tenorio　　Electronically Recorded: 3:29:58 - 3:39:17

**APPEARANCES:**

Defendant: Jennifer Lynn Maniquiz　　　　Attorney: Richard Arens
DEFENDANT NOT PRESENT　　　　　　　☑ Present ☐ Retained ☑ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Andrew Henderson　　　　U.S. Agent:
U.S. Probation: Carmen O'Mallan
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Initial Appearance on an Information and Arraignment**
- Government has no objection to continue the matter.
- Mr. Arens to inform the court when he has received the plea agreement and the status of the defendant.
- Proceedings continued to: August 18, 2008 at 9:30 a.m.

NOTES: