JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JENNIFER LYNN MANIQUIZ

FILED
DISTRICT COURT OF GUAM
AUG 1 2 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 08-00026 |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE INITIAL |
| ) | APPEARANCE |
| vs. ) | |
| ) | |
| JENNIFER LYNN MANIQUIZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the initial appearance and plea hearing on information currently scheduled for August 13, 2008, be continued to February 20, 2009, at a time convenient to the court. This request is made on the

//

//

//

basis that defendant is off-island and is not expected to return to Guam until February 12, 2009.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, August 12, 2008.

_____
RICHARD P. ARENS
Attorney for Defendant
JENNIFER LYNN MANIQUIZ

_____
ANDREW HENDERSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

2