JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:   (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
JENNIFER LYNN MANIQUEZ

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00026 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JENNIFER LYNN MANIQUEZ, | ) | |
| Defendant. | ) | |

      The Stipulation filed on August 12, 2008, is hereby approved. The initial appearance and plea hearing presently scheduled for August 13, 2008, shall be continued to February 20, 2009, at 10:00 a.m.

      IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
   U.S. Magistrate Judge
**Dated: Aug 12, 2008**